**THE WEITZ COMPANY, LLC, Plaintiff–Appellant,**

v.

**TREMCO INCORPORATED OF OHIO, Defendant–Appellee.**

No. 11–11854
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 17, 2011.

Vincent F. Vaccarella, Jordan Matthew Keusch, Leonard Klingen, Vincent F. Vaccarella, PA, Fort Lauderdale, FL, for Plaintiff–Appellant.

Robert E. Ferencik, Jr., Jordana L. Goldstein, Lisa K. North, Ferencik Libanoff Brandt Bustamante & Williams, PA, Plantation, FL, for Defendant–Appellee.

Before TJOFLAT, WILSON and FAY, Circuit Judges.

**PER CURIAM:**

The sole issue in this appeal is whether the district court erred in dismissing under the doctrine of *res adjudicata* Weitz's claim that "Tremco's negligent advice regarding the sufficiency of the subcontractor's installation of Tremco's product caused Weitz millions of dollars in damages because it had to replace the materials constructed over the improperly installed waterproofing material." Appellant's Br. at 1. For the reasons the district court stated in its dispositive order of March 28, 2011, we agree that the doctrine barred Weitz's claim.

**AFFIRMED.**